NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1087

BUSHNELL INC. and LASER TECHNOLOGY, INC.

Plaintiffs-Appellees,

v.

THE BRUNTON COMPANY (now known as Fiskars Brands, Inc.),

Defendant-Appellant,

and

LANSHOU PHOTOELECTRIC
SCIENCE AND TECHNOLOGY COMPANY LTD.,

Defendant-Appellant,

and

LS GLOBAL LLC,

Defendant.

Appeal from the United States District Court for the District of Kansas
in case no. 09-CV-2009, Judge Kathryn H. Vratil.

ON MOTION

ORDER

The Brunton Company moves without opposition to reform the caption to indicate

that it has merged into Fiskars Brand, Inc.,* and for a 30-day extension of time, until

---

\* Pursuant to Fed. R. App. P. 12(a), this court dockets the case under the title of the district court action.  Thus, we retain the name of The Brunton Company in the caption, even though it is now known as Fiskars.

April 25, 2010, to file its opening brief. LS Global submits a letter indicating that it will not be participating in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted and the revised official caption is reflected above.

FOR THE COURT

MAR 1 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Scott R. Brown, Esq.
     J. Michael Huget, Esq.
     Barry L. Grossman, Esq.
     Lorin Bardele

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2010

JAN HORBALY
CLERK

2010-1087               2